UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

SANDRA KAY O'DELL,

       Plaintiff,

                                        Case No. 2:13-cv-00997
     v.                                JUDGE GREGORY L. FROST
                                        Magistrate Judge Norah McCann King

COMMISSIONER OF SOCIAL
SECURITY,

       Defendant.

## OPINION & ORDER

This matter is before the Court for consideration of the Magistrate Judge's March 7, 2014 Report and Recommendation ("R&R").  (ECF No. 7.)  In that filing, the Magistrate Judge recommended that this action be dismissed for failure to effect service of process.  (*Id.*)

The R&R advised the parties that, if any party sought review by the District Judge, that party may file objections to the R&R within fourteen (14) days.  (*Id.* at 1–2.)  The R&R further advised the parties that the failure to object within fourteen days would "result in a waiver of the right to *de novo* review by the District Judge and of the right to appeal the decision of the District Court adopting the Report and Recommendation."  (*Id.* at 2.)

The Court has reviewed the R&R.  Noting that no objections have been filed, that the time for filing such objections has expired, and that the Magistrate Judge's reasoning is correct, the Court **ADOPTS** the R&R (ECF No. 7) and **DISMISSES WITHOUT PREJUDICE** Plaintiff's Complaint.  The Clerk is **DIRECTED** to terminate this case on the docket records of the United States District Court for the Southern District of Ohio, Eastern Division.

**IT IS SO ORDERED**.

/s/ Gregory L. Frost
**GREGORY L. FROST**
**UNITED STATES DISTRICT JUDGE**